The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  James Willis Campbell, Sr.
    v. Commonwealth of Virginia
    Record No. 1404-15-3
    Opinion rendered by Senior Judge Clements on
    October 25, 2016

2.  Claudia Kathleen Pitts
    v. Commonwealth of Virginia
    Record No. 1728-15-2
    Opinion rendered by Senior Judge Haley on
    November 8, 2016

3.  Drew Tidwell
    v. Jennifer Late
    Record No. 1388-16-4
    Opinion rendered by Judge Clements on
    May 30, 2017

4.  George Ellis Brown, Jr.
    v. Commonwealth of Virginia
    Record No. 0507-16-2
    Opinion rendered by Judge Beales on
    August 1, 2017

5.  Latron Dupree Brown
    v. Commonwealth of Virginia
    Record No. 1998-15-2
    Opinion rendered by Judge Humphreys on
    August 1, 2017